AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CAREY CHRISTINE McALPINE<br><br>Plaintiff(s),<br><br>V.<br><br>MARK NANAMURI, Parole Officer,<br>et al<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 02-00664ACK-LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 30, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the "Order Granting Defendants' Motion To Dismiss Second Amended Complaint" filed February 3, 2004.

cc: all parties of record

| | |
|---|---|
| January 30, 2006 | SUE BEITIA |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |