March 22, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 24 2006
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-02-00664-ACK/LEK
**Appeal Number:** 04-15429
**Short Title:** McAlpine v. Nanamuri, et al

|  | Volumes |  |  |
|---|---|---|---|
| **Clerk's Records in:** | 2 | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 0 | 0 | Certified Copy(ies) |
| **Exhibits in:** | 0 Envelopes | 0 | Under Seal |
|  | 0 Boxes | 0 | Under Seal |
|  | 0 Volumes  Volume 0 of record | 0 | Under Seal |
| **State Lodged Docs in:** | 0 Envelopes  0 Expandos  0 Folders | 0 | Boxes |
|  | 0 Other |  |  |
| **Bulky Documents in:** | 0 Envelopes  0 Expandos  0 Folders | 0 | Boxes |
|  | 0 Other |  |  |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.